```
                                                                    FILED
                                                                February 21, 2006
                                                              CLERK, US DISTRICT COURT
                                                               EASTERN DISTRICT OF
                                                                   CALIFORNIA
                                                                   DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-0068-EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JAMES SHERWIN CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMES SHERWIN CAMPBELL, Case No. CR.S-06-0068-EJG, Charge, 21USC§841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of $_____

    \_\_   Unsecured Appearance Bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond with Surety

    \_\_   Corporate Surety Bail Bond

✗   (Other)       Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 21, 2006  at  2:20 p.m.  .

By   /s/ Gregory G. Hollows
                                Gregory G. Hollows
                                United States Magistrate Judge