DANIEL J. BRODERICK, Bar# 89424
Acting Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>       v.                             )<br>                                      )<br>JAMES SHERWIN CAMPBELL,               )<br>                                      )<br>            Defendant.                )<br>                                      )<br>_____) | Cr.S. 06-068-EJG<br><br>**STIPULATION AND ORDER**<br>**AS MODIFIED**<br>DATE: March 31, 2006<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

     It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, March 3, 2006 be continued to Friday, March 31, 2006 at 10:00 a.m.   This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

  Speedy trial time is to be excluded from the date of this order

1 through the date of the status conference set for March 31, 2006
2 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
3 prepare] (Local Code T4).
4 
  DATED:   February 28, 2006
5
6
7                             Respectfully submitted,
                              DANIEL J. BRODERICK
8                             Acting Federal Defender

9                             /S/ Dennis S. Waks
                              _____
10                            DENNIS S. WAKS
                              Supervising Assistant Federal Defender
11                            Attorney for Defendant
                              JAMES SHERWIN CAMPBELL
12
13
14  DATED: February 28, 2006

15                            McGREGOR W. SCOTT
                              United States Attorney
16
17                            /s/ Dennis S. Waks for Kymberly Smith
18                            _____
                              KYMBERLY SMITH
19                            Assistant U.S. Attorney
20
21
                              _____
22                                          O R D E R
23
         IT IS SO ORDERED.
24
25
   DATED: February 28, 2006
26
27                            /s/ Edward J. Garcia
                              EDWARD J. GARCIA
28                            UNITED STATES DISTRICT JUDGE

**2**