DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>JAMES SHERWIN CAMPBELL, )<br>)<br>        Defendant. )<br>)<br>_____) | Cr.S. 06-068-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: September 29, 2006<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, August 11, 2006 be continued to Friday, September 29, 2006 at 10:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

 Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for September 29, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  August 8, 2006

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                JAMES SHERWIN CAMPBELL

DATED: August 8, 2006

                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Dennis S. Waks for Kymberly Smith
                                _____
                                KYMBERLY SMITH
                                Assistant U.S. Attorney

_____O R D E R

IT IS SO ORDERED.

DATED: August 8, 2006

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE