DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>       v.                   )<br>                            )<br>JAMES SHERWIN CAMPBELL,     )<br>                            )<br>            Defendant.      )<br>                            )<br>_____) | Cr.S. 06-068-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: November 17, 2006<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, September 29, 2006 be continued to Friday, November 17, 2006 at 10:00 a.m.   This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for November 17, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:   September 26, 2006

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              JAMES SHERWIN CAMPBELL

DATED: September 26, 2006

                              McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Dennis S. Waks for Kymberly Smith
                              _____
                              KYMBERLY SMITH
                              Assistant U.S. Attorney

_____
_____O R D E R

IT IS SO ORDERED.

DATED: September 27 , 2006

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE