DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 06-068-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE:  March 16, 2007 |
| JAMES SHERWIN CAMPBELL, ) | TIME:  10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____) | |

　　　　It is hereby stipulated and agreed to between the United States of America through LAURA L. FERRIS, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, January 19, 2007 be continued to Friday, March 16, 2007, at 10:00 a.m.   This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

　Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 19, 2007

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 11, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                  Federal Defender

                                  /S/ Dennis S. Waks
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant
                                  JAMES SHERWIN CAMPBELL

DATED: January 11, 2007

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Dennis S. Waks for Kymberly Smith
                                  _____
                                  LAURA L. FERRIS
                                  Assistant U.S. Attorney

_____O R D E R

IT IS SO ORDERED.

DATED: January 11, 2007

                                  /s/ Edward W. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE