DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>            Plaintiff,   )<br>)<br>       v.                   )<br>)<br>JAMES SHERWIN CAMPBELL,      )<br>)<br>            Defendant.    )<br>)<br>_____) | Cr.S. 06-068-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE:  June 29, 2007<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

     It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, May 11, 2007 be continued to Friday, June 29, 2007, at 10:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The parties are filing a joint memorandum under seal.

  Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for June 29, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 8, 2007

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /S/ Dennis S. Waks
                        _____
                        DENNIS S. WAKS
                        Supervising Assistant Federal Defender
                        Attorney for Defendant
                        JAMES SHERWIN CAMPBELL

DATED: May 8, 2007

                        McGREGOR W. SCOTT
                        United States Attorney

                        /s/ Dennis S. Waks for Heiko Coppola
                        _____
                        HEIKO COPPOLA
                        Assistant U.S. Attorney

_____O R D E R

IT IS SO ORDERED.

DATED: May 8, 2007

                        /s/ Edward J. Garcia
                        EDWARD J. GARCIA
                        UNITED STATES DISTRICT JUDGE