DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>JAMES SHERWIN CAMPBELL,     )<br>                            )<br>            Defendant.      )<br>                            )<br>_____) | Cr.S. 06-068-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE:  August 17, 2007<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

     It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, June 29, 2007 be continued to Friday, August 17, 2007, at 10:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in both California and the state of Massachusetts.  The parties filed a joint memorandum under seal, with the last request for a continuance.  Mr.

Campbell is a partial quadriplegic which often makes it more difficult to communicate with him.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 17, 2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 21, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /S/ Dennis S. Waks
    _____
    DENNIS S. WAKS
    Supervising Assistant Federal Defender
    Attorney for Defendant
    JAMES SHERWIN CAMPBELL

DATED: June 21, 2007

    McGREGOR W. SCOTT
    United States Attorney

    /s/ Dennis S. Waks for Heiko Coppola
    _____
    HEIKO COPPOLA
    Assistant U.S. Attorney

_____O R D E R

IT IS SO ORDERED.

DATED: June 26, 2007

     /s/ Edward J. Garcia
    EDWARD J. GARCIA
    UNITED STATES DISTRICT JUDGE