DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )    Cr.S. 06-068-EJG
            Plaintiff,         )
                               )    **STIPULATION AND ORDER**
      v.                       )
                               )    DATE: September 28, 2007
JAMES SHERWIN CAMPBELL,        )    TIME: 10:00 a.m.
                               )    JUDGE: Hon. Edward J. Garcia
            Defendant.         )
                               )
_____)

It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, August 17, 2007 be continued to Friday, September 28, 2007, at 10:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in both California and the state of Massachusetts.  The parties filed a joint memorandum under seal, with a recent request for a continuance. Mr. Campbell is a partial quadriplegic which often makes it more

difficult to communicate with him.  Mr. Campbell was recently hospitalized for ten days because of a left fractured hip; he is presently recuperating in a skilled nursing facility after his operation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 17, 2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 14, 2007

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /S/ Dennis S. Waks
                        _____
                        DENNIS S. WAKS
                        Supervising Assistant Federal Defender
                        Attorney for Defendant
                        JAMES SHERWIN CAMPBELL

DATED: August 14, 2007

                        McGREGOR W. SCOTT
                        United States Attorney

                        /s/ Dennis S. Waks for Heiko Coppola
                        _____
                        HEIKO COPPOLA
                        Assistant U.S. Attorney

_____O R D E R

IT IS SO ORDERED.

DATED: August 15, 2007

                        /s/ Edward J. Garcia
                        EDWARD J. GARCIA
                        UNITED STATES DISTRICT JUDGE