DANIEL J. BRODERICK, Bar# 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES SHERWIN CAMPBELL, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Cr.S. 06-068-EJG <br><br> **STIPULATION AND ORDER** <br><br> DATE: November 16, 2007 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Edward J. Garcia |

     It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, September 28, 2007, be continued to Friday, November 16, 2007, at 10:00 a.m.

     This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in both California and the state of Massachusetts.  The parties filed a joint memorandum under seal, with a recent request for a continuance.  Mr. Campbell is a

partial quadriplegic which often makes it more difficult to communicate with him.  Mr. Campbell was recently hospitalized for ten days because of a left fractured hip; he is still recuperating in a skilled nursing facility after his operation.  Furthermore, counsel for the defendant will be on vacation out of state from October 25, 2007 to November 12, 2007.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 16, 2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 21, 2007

                         Respectfully submitted,

                         DANIEL J. BRODERICK
                         Federal Defender

                         /S/ Dennis S. Waks
                         _____
                         DENNIS S. WAKS
                         Supervising Assistant Federal Defender
                         Attorney for Defendant
                         JAMES SHERWIN CAMPBELL

DATED: September 21, 2007

                         McGREGOR W. SCOTT
                         United States Attorney

                         /s/ Dennis S. Waks for Heiko Coppola
                         _____
                         HEIKO COPPOLA
                         Assistant U.S. Attorney

///

///

///

O R D E R

IT IS SO ORDERED.

DATED: September 27, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE