DANIEL J. BRODERICK, Bar# 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JAMES SHERWIN CAMPBELL,<br><br>         Defendant.<br>_____ | Cr.S. 06-068-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 18, 2008<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

     It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, November 16, 2007, be continued to Friday, January 18, 2008, at 10:00 a.m.

     This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in both California and the state of Massachusetts.  The parties filed a joint memorandum under seal, with a recent request for a continuance.  Mr. Campbell is a

partial quadriplegic which often makes it more difficult to communicate with him.  Mr. Campbell was hospitalized for ten days because of a left fractured hip; he is still recuperating in a skilled nursing facility after his operation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 18, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 8, 2007

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              JAMES SHERWIN CAMPBELL

DATED: November 8, 2007

                              McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Dennis S. Waks for Heiko Coppola
                              _____
                              HEIKO COPPOLA
                              Assistant U.S. Attorney

_____O R D E R

IT IS SO ORDERED.

DATED: November 13, 2007

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE