```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  JAMES SHERWIN CAMPBELL
 7
```

FILED
JAN 1 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES SHERWIN CAMPBELL, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 06-068-EJG <br><br> **STIPULATION AND ORDER** <br><br> DATE: March 14, 2008 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, January 18, 2008, be continued to Friday, March 14, 2008, at 10:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in both California and the state of Massachusetts. The parties filed a joint memorandum under

seal, with a prior request for a continuance. Mr. Campbell is a partial quadriplegic which often makes it more difficult to communicate with him. Mr. Campbell was recently hospitalized because of a left fractured hip; he is still recuperating and was just released from a skilled nursing facility after his operation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 14, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 10, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JAMES SHERWIN CAMPBELL

DATED: January 10, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for Heiko Coppola
_____
HEIKO COPPOLA
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: __Jan 17__, 2008        _____
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE