```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 06-068-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: June 27, 2008 |
| JAMES SHERWIN CAMPBELL, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. | ) | |
| _____ | ) | |

    It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, May 9, 2008, be continued to Friday, June 27, 2008, at 10:00 a.m.

    This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in both California and the state of Massachusetts.  The parties filed a joint memorandum under

seal, with a prior request for a continuance.  Mr. Campbell is a partial quadriplegic which often makes it more difficult to communicate with him.  Mr. Campbell was hospitalized because of a left fractured hip; he is still recuperating and was just recently released from a skilled nursing facility after his operation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 27, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 1, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JAMES SHERWIN CAMPBELL

DATED: May 1, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for Heiko Coppola

HEIKO COPPOLA
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: May 1, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE