DANIEL J. BRODERICK, Bar# 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>JAMES SHERWIN CAMPBELL,     )<br>                            )<br>            Defendant.      )<br>                            )<br>_____) | Cr.S. 06-068-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 29, 2008<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

     It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, June 27, 2008, be continued to Friday, August 29, 2008, at 10:00 a.m.

     This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in California and the state of Massachusetts.  The parties filed a joint memorandum under seal, with a prior request for a continuance.  Mr. Campbell is a partial

quadriplegic which often makes it more difficult to communicate with him.  Mr. Campbell was hospitalized because of a left fractured hip; he is still recuperating and was released from a skilled nursing facility after his operation.  He was recently back in the hospital.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 29, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 24, 2008

```
                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              JAMES SHERWIN CAMPBELL
```

DATED: June 24, 2008

```
                              McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Dennis S. Waks for Heiko Coppola
                              _____
                              HEIKO COPPOLA
                              Assistant U.S. Attorney
```

_____O R D E R

IT IS SO ORDERED.

DATED: June 26, 2008

```
                                /s/ Edward J. Garcia
                              _____
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE
```

**2**