```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 06-068-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE:  October 17, 2008 |
| JAMES SHERWIN CAMPBELL, ) | TIME:  10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, August 29, 2008, be continued to Friday, October 17, 2008, at 10:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in California and the state of Massachusetts.  The parties filed a joint memorandum under seal, with a prior request for a continuance.  Mr. Campbell is a partial

quadriplegic which often makes it more difficult to communicate with him.  Mr. Campbell was hospitalized because of a left fractured hip; he is still recuperating and was released from a skilled nursing facility after his operation.  He was recently back in the hospital.

     Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 17, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 25, 2008

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                JAMES SHERWIN CAMPBELL

DATED: August 25, 2008
                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Dennis S. Waks for Heiko Coppola
                                _____
                                HEIKO COPPOLA
                                Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

  DATED: August 26, 2008       /s/EDWARD J. GARCIA
                                       UNITED STATES DISTRICT JUDGE