DANIEL J. BRODERICK, Bar# 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAMES SHERWIN CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES SHERWIN CAMPBELL,<br><br>        Defendant.<br>_____ | Cr.S. 06-068-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE:  January 9, 2009<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, November 21, 2008, be continued to Friday, January 9, 2009, at 10:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses; there are potential witnesses in California and the state of Massachusetts.  The parties filed a joint memorandum under seal, with a prior request for a continuance.  Mr. Campbell is a partial

quadriplegic which often makes it more difficult to meet with and communicate with him.  Mr. Campbell was hospitalized because of a left fractured hip; he is still recuperating and was released from a skilled nursing facility after his operation.  He was recently back in the hospital.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 9, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 19, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JAMES SHERWIN CAMPBELL

DATED: November 19, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for Heiko Coppola

HEIKO COPPOLA
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: November 19, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2