1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
6  JAMES SHERWIN CAMPBELL

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )    Cr.S. 06-068-EJG
                                )
10              Plaintiff,       )    **STIPULATION AND ORDER**
                                )
11         v.                   )    DATE:  May 15, 2009
                                )    TIME:  10:00 a.m.
12 JAMES SHERWIN CAMPBELL,      )    JUDGE: Hon. Edward J. Garcia
                                )
13              Defendant.       )
                                )
14 _____ )

15

16        It is hereby stipulated and agreed to between the United States

17 of America through HEIKO COPPOLA, Assistant U.S. Attorney, and

18 defendant, JAMES SHERWIN CAMPBELL, by and though his counsel, DENNIS S.

19 WAKS, Supervising Assistant Federal Defender, that the status

20 conference set for Friday, May 1, 2009, be reset to a change of plea

21 hearing on Friday, May 15, 2009, at 10:00 a.m.

22        This continuance is being requested because defense counsel

23 needs additional time to prepare and to review discovery.  Mr. Campbell

24 is a partial quadriplegic which often makes it more difficult to meet

25 with and communicate with him.  The parties are presently finalizing

26 the plea agreement.

27

28        Speedy trial time is to be excluded from the date of this order

1  through the date of the change of plea hearing set for May 15, 2009

2  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]

3  (Local Code T4).

4  DATED: April 29, 2009

5                              Respectfully submitted,

6                              DANIEL J. BRODERICK
7                              Federal Defender

8                              /S/ Dennis S. Waks

9                              ─────────────────────────────────
                               DENNIS S. WAKS
10                             Supervising Assistant Federal Defender
                               Attorney for Defendant
11                             JAMES SHERWIN CAMPBELL

12 DATED: April 29, 2009

13                             LAWRENCE G. BROWN
                               Acting United States Attorney
14
15                             /s/ Dennis S. Waks for Heiko Coppola

16                             ─────────────────────────────────
                               HEIKO COPPOLA
                               Assistant U.S. Attorney
17

18 ─────────────────────────────O R D E R
       IT IS SO ORDERED.
19

20
    DATED: April 29, 2009
21                                  /s/ Edward J. Garcia
                                    ─────────────────────────
                                    EDWARD J. GARCIA
22                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**2**