**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

## MEMORANDUM

FILED
JUN - 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DATE:      June 5, 2009

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia
           United States District Court Judge

FROM:      Katina Whalen, Assistant Paralegal to
           Dennis S. Waks, Supervising Assistant Federal Defender

SUBJECT:   United Statesx v. James Campbell
           Cr.S. 06-0068-EJG

---

Please continue the judgment and sentencing hearing currently set for July 31, 2009 to **Friday, August 21, 2009 at 10:00 a.m.** Assistant United States Attorney, Heiko Coppola and United States Probation Officer, Julie Fowler, have no objection to the new scheduled dates. The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

| | |
|---|---|
| Presentence Report Disclosed | July 10, 2009 |
| Counsel's Written Objections to the Presentence Report shall be due no Later Than | July 24, 2009 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | July 31, 2009 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than | August 7, 2009 |
| Reply or statement of non-opposition | August 14, 2009 |
| Judgment and Sentencing | August 21, 2009 |

If you have any questions concerning the above, please feel free to contact me.

DSW:kw
cc:   Heiko Coppola, Assistant United States Attorney
      Julie Fowler, United States Probation Officer
      James Campbell, Defendant

IT IS SO ORDERED:   _____
                    EDWARD J. GARCIA
6/8/09              United States District Court Judge