**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814

Daniel J. Broderick
Federal Defender

(916) 498-5700  Fax: (916) 498-5710

Linda C. Harter
Chief Assistant Defender

## MEMORANDUM

DATE:     July 23, 2009

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia
          United States District Court Judge

FROM:     Katina Whalen, Assistant Paralegal to
          Dennis S. Waks, Supervising Assistant Federal Defender

SUBJECT:  United States v. James Campbell
          Cr.S. 06-0068-EJG

FILED
JUL 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

---

Please continue the judgment and sentencing hearing currently set for August 21, 2009 to **Friday, September 11, 2009 at 10:00 a.m.** Assistant United States Attorney, Heiko Coppola and United States Probation Officer, Julie Fowler, have no objection to the new scheduled dates. The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

Counsel's Written Objections to the Presentence Report
shall be due no Later Than ............................. August 14, 2009

The Presentence Report Shall be Filed with the
Court and Disclosed to Counsel no Later Than ............. August 21, 2009

Motion for Correction of the Presentence Report
Shall be Filed with the Court and Served on the
Probation Officer and Opposing Counsel no Later Than ...... August 28, 2009

Reply or statement of non-opposition .................... September 4, 2009

Judgment and Sentencing ........................... September 11, 2009

If you have any questions concerning the above, please feel free to contact me.

DSW:kw
cc:   Heiko Coppola, Assistant United States Attorney
      Julie Fowler, United States Probation Officer
      James Campbell, Defendant

7/24/09        IT IS SO ORDERED:   _____
                                   EDWARD J. GARCIA
                                   United States District Court Judge